UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOEL CARDENAS,<br><br>            Petitioner,<br>v.<br>ACTING WARDEN, *et al.*,<br><br>            Respondents. | Case No. 3:15-cv-00476-MMD-VPC<br><br>ORDER |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

Respondents have filed a motion for substitution of a respondent. (ECF No. 6.) Respondents request that Dwight Neven be substituted for Acting Warden. Neven is the warden of High Desert State Prison. Good cause appearing, the motion to substitute Neven as a respondent is granted.

Respondents have filed a motion for an extension of time in which to file an answer to the petition for a writ of habeas corpus. (ECF No. 9.) Respondents seek a 60-day enlargement of time, up to and including August 5, 2016, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

It is therefore ordered that respondents' motion to substitute (ECF No. 6) is granted. Dwight Neven is substituted for Acting Warden.

It is further ordered that respondents' motion for an extension of time to file an answer to the petition (ECF No. 9) is granted. The answer shall be filed on or before August 5, 2016.

DATED THIS 8th day of June 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2