UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL CARDENAS,<br><br>               Petitioner,<br>v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>               Respondents. | Case No. 3:15-cv-00476-MMD-VPC<br><br>ORDER |

Good cause appearing, Petitioner's motion for an extension of time (ECF No. 20) is granted. The Federal Public Defender will have until June 7, 2018, to either undertake direct representation of Petitioner or to file a notice that it is unable to do so.

DATED THIS 16th day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE