UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOEL CARDENAS, | Case No. 3:15-cv-00476-MMD-VPC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Good cause appearing, Petitioner's second motion for an extension of time (ECF No. 22) is granted. The Federal Public Defender will have until June 21, 2018, to either undertake direct representation of Petitioner or to file a notice that it is unable to do so.

DATED THIS 7th day of June 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE