UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JOEL CARDENAS, | Case No. 3:15-cv-00476-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Petitioner's unopposed motion for extension of time (ECF No. 28) is granted in part. Petitioner will have until December 19, 2018, to file a counseled amended petition for writ of habeas corpus in this case.

DATED THIS 24th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE