UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOEL CARDENAS, | Case No. 3:15-cv-00476-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Petitioner's third unopposed motion for extension of time (ECF No. 33) is granted. Petitioner will have until March 5, 2019, to file a counseled amended petition for writ of habeas corpus in this case.

DATED THIS 20th day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE