# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL CARDENAS,<br><br>                      Petitioner,<br>    v.<br>DWIGHT NEVEN, *et al.*,<br><br>                      Respondents. | Case No. 3:15-cv-00476-MMD-CBC<br><br>ORDER |

    Petitioner's fourth unopposed motion for extension of time (ECF No. 35) is granted. Petitioner will have until March 15, 2019, to file a counseled amended petition for writ of habeas corpus in this case.

    DATED THIS 5th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE