# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL CARDENAS,<br><br>          Petitioner,<br>v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>          Respondents. | Case No. 3:15-cv-00476-MMD-CBC<br><br>ORDER |

Good cause appearing, Petitioner's fifth unopposed motion for extension of time (ECF No. 37) is granted. Petitioner will have until March 22, 2019, to file a counseled amended petition for writ of habeas corpus in this case.

DATED THIS 15th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE