UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOEL CARDENAS, | Case No. 3:15-cv-00476-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Respondents' unopposed motion for enlargement of time (ECF No. 41) is granted.
Respondents will have until July 22, 2019, to file a response to the amended petition for
writ of habeas corpus in this case.

DATED THIS 21st day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE