UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOEL CARDENAS, | Case No. 3:15-cv-00476-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Petitioner's Unopposed Motion for Extension of Time to File Response (ECF No. 49) is granted. Petitioner will have until October 4, 2019, to oppose Respondents' Motion to Dismiss (ECF No. 43).

DATED THIS 5th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE