# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL CARDENAS,<br><br>　　　　　　　　Petitioner,<br>　v.<br>DWIGHT NEVEN, *et al.*,<br>　　　　　　　　Respondents. | Case No. 3:15-cv-00476-MMD-CBC<br><br>ORDER |

Good cause appearing, Petitioner's second Unopposed Motion for Extension of Time (ECF No. 51) is granted. Petitioner has until the end of November 18, 2019, to oppose Respondents' Motion to Dismiss (ECF No. 43).

DATED THIS 4th day of October 2019.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE