UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL CARDENAS, | Case No. 3:15-cv-00476-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TIM GARRETT, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to answer or otherwise respond to the Amended Petition for Writ of Habeas Corpus. (ECF No. 61 ("Motion").) The Court finds that the request is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant Respondents' Motion.

It is therefore ordered that Respondents' unopposed first motion for enlargement of time (ECF No. 61) is granted. Respondents have until August 5, 2022, to answer or otherwise respond to the Amended Petition for Writ of Habeas Corpus.

DATED THIS 6th Day of July 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE