UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOEL CARDENAS,<br><br>　　　　　　　　Petitioner,<br>　v.<br>TIM GARRETT, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:15-cv-00476-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to answer the Amended Petition for Writ of Habeas Corpus. (ECF No. 76.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed second motion for enlargement of time (ECF No. 76) is granted. Respondents have until Monday, April 24, 2023, to answer the Amended Petition for Writ of Habeas Corpus.

DATED THIS 23rd Day of March 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE