UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL CARDENAS,<br><br>　　　　　　　Petitioner,<br>　v.<br>TIM GARRETT, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:15-cv-00476-MMD-CLB<br><br>ORDER |

Petitioner Joel Cardenas seeks an extension of time to file his reply. (ECF No. 79.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 79) is granted. Petitioner has until August 22, 2023, to file his reply.

DATED THIS 30th Day of May 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE