UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL CARDENAS,<br><br>              Petitioner,<br>    v.<br>TIM GARRETT, *et al.*,<br><br>              Respondents. | Case No. 3:15-cv-00476-MMD-CLB<br><br>ORDER |

Petitioner files an unopposed motion to extend time until March 21, 2024, to file a reply (third request) to the amended petition. (ECF No. 83.) Petitioner seeks a 150-day extension of time to file a reply due to case-related obligations and the fact that counsel went on maternity leave on October 18, 2023. (*Id.* at 3.) The Court will grant a 90-day extension.

While the Court expresses sympathy for counsel's maternity leave, the Court also has a duty to manage its docket and move cases to resolution. Petitioner has already requested, and received, extensions of 90 days (ECF No. 79) and 62 days (ECF No. 81) for case-related obligations. These prior extensions should have given counsel sufficient time to file a reply before taking leave.

The Court denies in part and grants in part the motion for extension of time (ECF No. 83). Petitioner will have up to and including January 22, 2024, to file a reply to the first amended petition.

DATED THIS 23rd Day of October 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE