UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOEL CARDENAS,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br>TIM GARRETT, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:15-cv-00476-MMD-CLB<br><br>ORDER |

Upon reviewing the exhibits filed by the parties for this habeas matter, it appears that Respondents failed to fully comply with LR IC 6-1. (ECF Nos. 12-1 at 2-3; 12-3 at 3; 12-5 at 3-4; 44-1 at 2; 44-27 at 2; 44-40 at 3; 44-42 at 6; 44-43 at 3; 44-54 at 3-4; 45-46 at 3; 45-51 at 2; 45-55 at 25, 30, 48; 45-56 at 44, 80; 45-58 at 48; 45-62 at 14; 45-64 at 34, 38; 45-68; 64-14 at 7, 21; 64-15 at 5; 64-27 at 25, 27; 65-8 at 76, 199-200.) Compelling reasons exist to seal the documents as they contain personal data identifiers, and parties cannot change filings. *See* LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only the year should be used."); LR IC 6-1(a)(5) ("If a home address must be included, only the city and state should be listed."). The Court notes that it appears the exhibit filed as ECF No. 45-68 is also filed under seal. (ECF No. 65-1.) It further appears that the exhibit filed as Exhibit 132, Part 2 is missing pages 63-64. (ECF No. 45-59 at 11-12.)

It is therefore ordered that Respondents must file no later than May 10, 2024, redacted publicly available copies of the documents filed as ECF Nos. 12-1; 12-3; 12-5; 44-1; 44-27; 44-40; 44-42; 44-43; 44-54; 45-46; 45-51; 45-55; 45-56; 45-58; 45-62; 45-64; 64-14; 64-15; 64-27; and 65-8, in compliance with LR IC 6-1(a)(3) and (a)(5).

It is further ordered that Respondents must file no later than May 10, 2024, a complete copy of Exhibit 132, Part 2.

1 | The Clerk of Court is directed to seal the documents filed as ECF Nos. 12-1; 12-3; 12-5; 44-1; 44-27; 44-40; 44-42; 44-43; 44-54; 45-46; 45-51; 45-55; 45-56; 45-58; 45-62; 45-64; 45-68; 64-14; 64-15; 64-27; and 65-8.

DATED THIS 25th Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE