UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOEL CARDENAS,<br><br>　　　　　　　　Petitioner,<br>　v.<br>TIM GARRETT, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:15-cv-00476-MMD-CLB<br><br>ORDER |

　　Respondents filed an unopposed motion for an extension of time to file reply to the opposition to motion to alter or amend Judgment (ECF No. 101 ("Motion")) requesting a seven-day extension. The Court finds the Motion is made in good faith and not solely for the purpose of delay. Therefore, good cause exists to grant the Motion.

　　It is therefore ordered that Respondents' unopposed motion for an extension of time (ECF No. 101) is granted. Respondents have until August 27, 2024, to file their reply.

　　DATED THIS 21st Day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE